≈AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Y.T. DEPUTY

UNITED STATES OF AMERICA
V.
FENCEWORKS, INC., dba GOLDEN STATE FENCE CO.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case   06CR2604-BTM

MICHAEL D. NASATIR
Defendant's Attorney

REGISTRATION NO.

X  pleaded guilty to count(s)   one of the information.

☐  was found guilty on _____ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 8 USC 1324(a) | Unlawful employment of unauthorized aliens | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____ is ☐ are ☐ dismissed on the motion of the Government.

X  Assessment : $50.00 to be paid forthwith.

X  Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MARCH 28, 1007
Date of Imposition of Sentence

/s/ Barry Ted Moskowitz
BARRY TED MOSKOWITZ, DISTRICT JUDGE
Name and Title of Judicial Officer

Entered Date:

AO 245G    (Rev. 9/00) Judgment in a Criminal Case for Revocations for Organizational Defendants
           Sheet 2 — Probation

DEFENDANT ORGANIZATION:    FENCEWORKS, INC., dba GOLDEN STATE FENCE CO.  Judgment—Page 2 of 4
CASE NUMBER:    06CR2604-BTM

# PROBATION

The defendant organization is hereby sentenced to probation for a term of FIVE (5) YEARS.

## MANDATORY CONDITIONS

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

The defendant organization shall comply with the standard conditions that have been adopted by this court. The defendant organization shall also comply with the additional conditions.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245G    (Rev. 9/00) Judgment in a Criminal Case for Revocations for Organizational Defendants
           Sheet 2 — Continued 1 — Probation

Judgment—Page 3 of 4

DEFENDANT ORGANIZATION:    FENCEWORKS, INC., dba GOLDEN STATE FENCE CO.
CASE NUMBER:    06CR2604-BTM

## SPECIAL CONDITIONS OF SUPERVISION

Not knowingly hire, recruit, or employ aliens who are without legal authorization to work within the United States.

Implement and maintain a compliance program to verify that all of its offices are taking reasonable steps to comply with immigration laws in their employment practices and which will include:

(a) participating in the Department of Homeland Security and Social Security Administration's Basic Pilot Employment Verification Program;
(b) placing postings in all of its offices advising applicants of the use of the Basic Pilot Program;
(c) advising applicants on the corporation's website of the use of the Basic Pilot Program;
(d) providing Spanish translation on the Form I-9 for applicants;
(e) amending the company's job application to include whether applicants have ever worked for the corporation and to inform them of the company's participation in the Basic Pilot Program;
(f) checking names of new hires against the No Hire lists provided by ICE;
(g) holding I-9 workshops for all employees who take part in the new hire process;
(h) contacting state and local workforce agencies to recruit legal workers, publish advertisements in local news papers, and place online advertisements; and,
(I) resolve any anomalies between social security numbers and names within 60 days notice by SSA.

Train all of its managers and personnel regarding their legal obligations to prevent the knowing hiring, recruitment, and continued employment of unauthorized aliens.

Defendant will secure and satisfy payment of the $4,7 million forfeiture within 7 days.

```
                                          JUDGMENT - PAGE   4    OF   4
DEFENDANT:  FENCEWORKS, INC., dba GOLDEN STATE FENCE COMPANY
CASE NUMBER: 06CR2604-BTM
```

## FORFEITURE

THE DEFENDANT SHALL FORFEIT TO THE UNITED STATES ALL HIS RIGHT, TITLE AND INTEREST IN AND TO  $4,700,000.00  PURSUANT TO 18 USC 982(a)(6)(A)(ii)(I) TO BE PAID WITHIN 7 DAYS,